DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELO SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1573

[August 29, 2024]

Appeal of order denying rule 3.800 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 93-21660CF10A.

Angelo Smith, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***